1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                         **SOUTHERN DISTRICT OF CALIFORNIA**

10    UNITED STATES OF AMERICA        )  Case No. 12-cr-4553-MMA
                                      )
11                       Plaintiff,   )
                                      )  **ORDER AND JUDGMENT TO DISMISS**
12        v.                          )  **WITHOUT PREJUDICE**
                                      )
13    JESUS CUETO-GARCIA,             )  [Doc. No. 87]
                                      )
14                       Defendant.   )
      _____)

15

16        Upon motion of the UNITED STATES OF AMERICA, and good cause

17    appearing,

18        **IT IS HEREBY ORDERED** that the Information in the above-entitled

19    case be dismissed without prejudice.

20        **IT IS SO ORDERED.**

21    DATED:   January 7, 2013

22                                          _____

23                                          Hon. Michael M. Anello
                                            United States District Judge
24

25

26

27

28